ALIGN TECHNOLOGY,
INC., Appellant,

v.

INTERNATIONAL TRADE
COMMISSION,
Appellee.

No. 2014–1533.

United States Court of Appeals,
Federal Circuit.

Nov. 12, 2015.

Stephen Blake Kinnaird, Igor Victor Timofeyev, Washington, DC, Thomas A. Counts, Paul Hastings LLP, San Francisco, CA, for Appellant.

Sidney A. Rosenzweig, Wayne W. Herrington, International Trade Commission Office Of The General Counsel, Washington, DC, for Appellee.

Before PROST, Chief Judge,
NEWMAN and O'MALLEY, Circuit
Judges.

## ORDER

PER CURIAM.

IT IS ORDERED THAT:

This case is vacated and remanded for further proceedings in light of our decision in *ClearCorrect Operating, LLC v. International Trade Commission*, No. 20141527.

In re ENCAP, LLC, Appellant.

No. 2015–1008.

United States Court of Appeals,
Federal Circuit.

Nov. 12, 2015.

Philip M. Weiss, Weiss & Weiss Attorneys at Law, P.C., Jericho, N.Y., argued for appellant. Also represented by Aaron T. Olejniczak, Andrus, Sceales, Starke & Sawall, Milwaukee, WI.

Farheena Yasmeen Rasheed, Office of the Solicitor, United States Patent and Trademark Office, Alexandria, VA, argued for intervenor Michelle K. Lee. Also represented by Thomas W. Krause, Scott Weidenfeller, Nathan K. Kelley.

LOURIE, HUGHES, and STOLL,
Circuit Judges.

## JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**